UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN SCHWENK; AHMED ELHENAWY; JIANMING LI,

                   Plaintiffs,

-against-

ROXE INC.; HAOHAN XU; MAODONG XU; XIAOYU LI,

                   Defendants.

1:23-CV-0715 (RA) (GWG)

ORDER OF SERVICE

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

    Plaintiffs are proceeding *pro se*, and the fees to commence this action have been paid.

    The Court directs the Clerk of Court to issue summonses as to: (1) Roxe Inc.; (2) Haohan Xu; (3) Maodong Xu; and (4) Xiaoyu Li. Plaintiffs are directed to serve a summons and the amended complaint on each defendant within 90 days of the issuance of the summonses.[1] If, within those 90 days, Plaintiffs have not either served the defendants or requested an extension of time to do so, the Court may dismiss this action under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   June 15, 2023
          New York, New York

*/s/ Gabriel W. Gorenstein*

GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date that the original complaint has been filed, the summonses for this action were not issued upon the filing of the original complaint because the fees to bring this action were not paid on that date. The Court therefore extends the time to serve until 90 days after the date that the summonses are issued.