```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRYAN C. SCHWENK, AHMED ELHENAWY,      :        ORDER
and JIANMING LI,
                                       :        23 Civ. 715 (RA) (GWG)
              Plaintiffs,
     -v.-                              :

ROXE INC., et al.,                     :

              Defendants.              :
----------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In an order dated June 15, 2023, the Court required that all plaintiffs, including Bryan C. Schwenk, verify by June 29, 2023, that they authorized the signing of the Amended Complaint in this case.  See Docket # 9.  As of this Order, plaintiffs Ahmed Elhenawy and Jianming Li have submitted the appropriate forms (see Dockets ## 12, 13), however, plaintiff Bryan C. Schwenk has not.

      Accordingly, on or before October 16, 2023, Bryan C. Schwenk is directed to file a statement in the form of Exhibit A annexed to this Order that is signed by the plaintiff (not in electronic form).  If plaintiff Bryan C. Schwenk does not authorize his signature on the Amended Complaint or does not wish to proceed as a plaintiff in this case, he should file with the Clerk a statement so stating on or before October 16, 2023.  (The statement should include the name and docket number of this case.)

      The statement (either verifying signature in the form of Exhibit A or informing the Court of non-authorization) shall be filed with the Clerk either (1) by emailing a scanned version in .pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov; or (2) by mailing the signed document to Pro Se Docketing, U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

      If Bryan C. Schwenk fails to file the statement required by this Order, this case may be dismissed as it relates to him.

      SO ORDERED.

Dated: October 2, 2023
       New York, New York

                                                                   _____
                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRYAN C. SCHWENK, AHMED ELHENAWY,   :   SIGNATURE VERIFICATION
and JIANMING LI,

                                                                    :   23 Civ. 715 (RA) (GWG)

                  Plaintiffs,

    -v.-                                                         :

ROXE INC., et al.,                              :

                  Defendants.           :
------------------------------------------------------------------X

        As required by the Court's Order of October 2, 2023, I am filing this Signature Verification to affirm that I, _____ [state name], authorized my electronic signature as it appears on page 7 of the Amended Complaint dated April 28, 2023.


_____
[Signature — Do NOT Use Electronic Signature]


_____
[Print Name]


_____

_____
[Print Address]


_____
[Telephone Number]


_____
[Email Address If Available]