

New York Financial District
Headquarters 88 Pine Street, 18th Fl,
New York, NY 10005
+1 347.897.6199

December 21, 2023

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New
York 500 Pearl Street,
New York, NY 10007

Re:   *Schwenk, et al. v. Roxe Inc. et al.;* Case No. 23-cv-00715 (RA)(GWG)

Dear Judge Gorenstein:

We represent Defendant Xiaoyu Li in the above-referenced matter. We write inform the Court that the Parties have reached a settlement in principle to resolve this case. As such, we respectfully request 30-days' time to finalize the remaining terms and the settlement agreement. If it pleases the Court, we will submit a letter on or before January 22, 2024 to provide a status of the parties settlement.

Thank you for Your Honor's attention and consideration to this matter.

Respectfully submitted,

JIA LAW GROUP, P.C.

By: <u>/s/ Thomas Hsien Chih Kung</u>
Thomas Hsien Chih
Kung 88 Pine Street,
18th Floor New York,
NY 10005
(347) 897-6199
thomas.kung@jiaesq.com

Cc:   All parties of record (via ECF)