

New York Financial District
Headquarters 88 Pine Street, 18th Fl,
New York, NY 10005
+1 347.897.6199

January 22, 2024

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New
York 500 Pearl Street,
New York, NY 10007

Re:   *Schwenk, et al. v. Roxe Inc. et al.;* Case No. 23-cv-00715 (RA)(GWG)

Dear Judge Gorenstein:

We represent Defendant Xiaoyu Li in the above-referenced matter. Pursuant to the Court's order dated December 22, 2023 (Dkt. 34), we submit this letter with the written consent of the Plaintiffs to provide the Court a status as to the parties' settlement. The parties' settlement will dispose of this entire case and be a full and final settlement of all claims between all plaintiffs and defendants. The parties are continuing discussions and have not yet finalized the settlement agreement. As such, we respectfully request an additional 30-days' time, on or before February 22, 2024, to submit a status letter to the Court.

Thank you for Your Honor's attention and consideration to this matter.

Respectfully submitted,

JIA LAW GROUP, P.C.

By: */s/ Thomas Hsien Chih Kung*
Thomas Hsien Chih
Kung 88 Pine Street,
18th Floor New York,
NY 10005
(347) 897-6199
thomas.kung@jiaesq.com

Cc:   All parties of record (via ECF)