

New York Financial District
Headquarters 88 Pine Street, 18th Fl,
New York, NY 10005
+1 347.897.6199

February 28, 2024

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New
York 500 Pearl Street,
New York, NY 10007

    Re:    *Schwenk, et al. v. Roxe Inc. et al.;* Case No. 23-cv-00715 (RA)(GWG)

Dear Judge Gorenstein:

    We represent Defendant Xiaoyu Li in the above-referenced matter. We sincerely apologize to the Court for the delay in this filing. I distinctly recall personally filing this letter on February 22, 2024 as directed. However, due to some inadvertent error, it appears not to have been docketed by the system. We thank the Court for the notice and the opportunity to correct the error.

    We are pleased to advise the Court that the parties reached agreement to resolve all claims by and amongst all parties in this matter by way of an offer and acceptance of an offer of judgment pursuant to Rule 68. *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019) ("[J]udicial approval is not required of Rule 68(a) offers of judgment settling FLSA claims."). Plaintiffs, who appear pro se in this action, are reviewing the draft documents and require an additional 14 days to complete their review. As such, the Parties respectfully request an additional 14-days' time, on or before March 7, 2024, to file the Notice of Acceptance of an Offer of Judgment.

    Thank you for Your Honor's attention and consideration to this matter.

    Respectfully submitted,

    JIA LAW GROUP, P.C.

    By: <u>*/s/ Thomas Hsien Chih Kung*</u>
    Thomas Hsien Chih Kung

          88 Pine Street, 18th Floor

          New York, NY 10005

          (347) 897-6199

          thomas.kung@jiaesq.com

Cc:    All parties of record (via ECF)