

New York Financial District
Headquarters 88 Pine Street, 18th Fl,
New York, NY 10005
+1 347.897.6199

March 7, 2024

<u>Via ECF</u>
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New
York 500 Pearl Street,
New York, NY 10007

      Re:    *Schwenk, et al. v. Roxe Inc. et al.;* Case No. 23-cv-00715 (RA)(GWG)

Dear Judge Gorenstein:

    We represent Defendant Xiaoyu Li in the above-referenced matter. We write to provide a status update to the Court. The parties have finalized the documents facilitating an offer and acceptance of an offer of judgment pursuant to Rule 68, and we are awaiting the parties' execution of the same, which shall be forthcoming.

    Thank you for Your Honor's attention and consideration to this matter.

                      Respectfully submitted,

                      JIA LAW GROUP, P.C.

                      By: <u>*/s/ Thomas Hsien Chih Kung*</u>
                          Thomas Hsien Chih Kung
                          88 Pine Street, 18th Floor
                          New York, NY 10005
                          (347) 897-6199
                          thomas.kung@jiaesq.com

Cc:    All parties of record (via ECF)