UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN SCHWENK, AHMED ELHENAWY, and JIANMING LI,

                Plaintiffs,

-against-

ROXE INC, HAOHAN XU, MAODONG XU, and XIAOYU LI,

                Defendants.

---

Case No.: 23-cv-00715 (RA) (GWG)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Plaintiffs Bryan Schwenk, Ahmed Elhenawy, and Jianming Li ("Plaintiffs") hereby serve notice that they accept Defendants' offer of judgment by which Defendants offered to pay Plaintiffs the sum of $10,000 in connection with their claims, including Fair Labor Standards Act claims, alleged in this Action. Plaintiffs acknowledge and accept that this offer of judgment shall constitute satisfaction of any and all claims and causes of action of any kind against Defendants that have been asserted or could have been asserted in this lawsuit by or on behalf of Plaintiff, under the Fair Labor Standards Act.

BRYAN C. SCHWENK

*[signature]*

Date: 3/13/24

AHMED ELHENAWY

*[signature]*

Date: 03/13/2024

JIANMING LI

*[signature]*

Date: 3/14/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN SCHWENK, AHMED ELHENAWY, and
JIANMING LI,

                  Plaintiffs,

-against-

ROXE INC, HAOHAN XU, MAODONG XU, and
XIAOYU LI,

                  Defendants.

---

Case No.: 23-cv-00715 (RA) (GWG)

**OFFER OF JUDGMENT PURSUANT TO F.R.C.P. 68**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendant Xiaoyu Li (together "Rule 68 Defendant") make this offer of judgment in favor of Plaintiffs Bryan Schwenk, Ahmed Elhenawy, and Jianming Li ("Plaintiffs"), and against the Rule 68 Defendant in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all Fair Labor Standard Act ("FLSA") claims against all defendants named in this action. While this offer is made by the Rule 68 Defendants, if accepted, it shall resolve all wage and hour claims against all defendants.

      This offer of judgment is made solely for the purposes intended by Rule 68, and evidence of this offer is not admissible except in a proceeding to determine costs. Neither this offer, nor any judgment that may result from this offer, may be construed either as an admission (i) that Defendants are liable in this or any action; (ii) that any allegations of the Complaint are true; or (iii) that Plaintiffs have suffered any damage, or are in any way entitled to recovery of any sums inclusive of costs and/or attorney's fees.

The making of this offer is a withdrawal of any and all previous offers, formal or informal, made by Rule 68 Defendants, and this offer of Rule 68 Defendants shall remain open until timely accepted or withdrawn as provided by Rule 68.

In the event this offer of judgment is not timely accepted and is deemed withdrawn under Rule 68, then evidence of this offer shall not be admissible except in a proceeding to determine attorney's fees, interest and costs.

If accepted, this Offer of Judgment shall not constitute an adjudication on the merits of Defendants' alleged liability to Plaintiffs, which Defendants specifically deny, and shall not operate as *res judicata* or collateral estoppel against Defendants in any lawsuit, arbitration, administrative proceeding, government action, or other proceeding.

Dated: February 21, 2024.

                                                                                Respectfully Submitted:

                                                                                */s/ Thomas Hsien Chih Kung*
                                                                                Thomas Hsien Chih Kung
                                                                                88 Pine Street, 18th Floor
                                                                                Thomas.kung@jiaesq.com
                                                                                Tel.: (347) 897-6199
                                                                                Thomas.Kung@jiaesq.com
                                                                                *Attorney for Defendants*