UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRYAN SCHWENK, AHMED ELHENAWY, and JIANMING LI, | Case No.: 23-cv-00715 (RA) (GWG) |
| Plaintiffs, | |
| -against- | **[PROPOSED] JUDGMENT** |
| ROXE INC, HAOHAN XU, MAODONG XU, and XIAOYU LI, | |
| Defendants. | |

---

It is hereby ORDERED, ADJUDGED AND DECREED: That pursuant to Federal Rule of Civil Procedure 68 and based upon the combined filing of Defendants' Offer of Judgment and Plaintiffs' Notice of Acceptance thereof, judgment is hereby entered for Plaintiffs Bryan Schwenk, Ahmed Elhenawy, and Jianming Li against Defendants in the amount of $10,000.

Dated: New York, New York
_____, 2024

SO ORDERED

_____
Hon. Ronnie Abrams
United States District Judge