UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BRYAN SCHWENK, AHMED ELHENAWY, and JIANMING LI,

                Plaintiffs,

-against-

ROXE INC, HAOHAN XU, MAODONG XU, and XIAOYU LI,

                Defendants.
_____

Case No.: 23-cv-00715 (RA) (GWG)

~~[PROPOSED]~~ **JUDGMENT**

    It is hereby ORDERED, ADJUDGED AND DECREED: That pursuant to Federal Rule of Civil Procedure 68 and based upon the combined filing of Defendants' Offer of Judgment and Plaintiffs' Notice of Acceptance thereof, judgment is hereby entered for Plaintiffs Bryan Schwenk, Ahmed Elhenawy, and Jianming Li against Defendants in the amount of $10,000.

Dated: New York, New York

       March 26, 2024

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge