UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BRYAN SCHWENK, AHMED ELHENAWY, and JIANMING LI,

                Plaintiffs,

-against-

ROXE INC, HAOHAN XU, MAODONG XU, and XIAOYU LI,

                Defendants.
_____

Case No.: 23-cv-00715 (RA) (GWG)

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

    The Court having been advised that Plaintiffs' claims asserted herein have been resolved through a Federal Rule of Civil Procedure 68 Offer of Judgment and all other claims asserted herein have been settled, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice but without costs. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned sine die.

Dated: New York, New York
       May 10, 2024

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge