UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BRYAN SCHWENK, AHMED ELHENAWY, and
JIANMING LI,

                    Plaintiffs,

-against-

ROXE INC, HAOHAN XU, MAODONG XU, and
XIAOYU LI,

                    Defendants.
_____

Case No.: 23-cv-00715 (RA) (GWG)

**SATISFACTION OF JUDGMENT**

      On March 26, 2024, the Court entered judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs Bryan Schwenk, Ahmed Elhenawy, and Jianming Li and against Defendants in the total sum of $10,000. Plaintiffs hereby acknowledge and notify the Court that the judgment against Defendants Roxe Inc., Haohan Xu, Maodong Xu, and Xiaoyu Li has been satisfied in full, and the Clerk of Court is hereby authorized to make an entry of the full and complete satisfaction of the Judgment on the docket.

*[Signature Page Follows]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN SCHWENK, AHMED ELHENAWY, and JIANMING LI,

          Plaintiffs,

-against-

ROXE INC, HAOHAN XU, MAODONG XU, and XIAOYU LI,

          Defendants.

---

Case No.: 23-cv-00715 (RA) (GWG)

**SATISFACTION OF JUDGMENT**

On _____, the Court entered judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs Bryan Schwenk, Ahmed Elhenawy, and Jianming Li and against Defendants in the total sum of $10,000. Plaintiffs hereby acknowledge and notify the Court that the judgment against Defendants has been satisfied in full, and the Clerk of Court is hereby authorized to make an entry of the full and complete satisfaction of the Judgment on the docket.

BRYAN C. SCHWENK

Date:_____

AHMED ELHENAWY

Date:_____

JIANMING LI    *Jianming Li* (signature)

Date: 05/01/2024

State of North Carolina
County of Mecklenburg
Sworn to and Subscribed before me
on ___May 01 2024___
by ___Jianming Li___

Notary Public - Comm. Exp.   My Commission Expires June 19 2026



(Notary seal: BRAYAN LOOR, NOTARY PUBLIC, MECKLENBURG COUNTY, N.C.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN SCHWENK, AHMED ELHENAWY, and JIANMING LI,

           Plaintiffs,

-against-

ROXE INC, HAOHAN XU, MAODONG XU, and XIAOYU LI,

           Defendants.

---

Case No.: 23-cv-00715 (RA) (GWG)

**SATISFACTION OF JUDGMENT**

On ___8 May 2024___, the Court entered judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs Bryan Schwenk, Ahmed Elhenawy, and Jianming Li and against Defendants in the total sum of $10,000. Plaintiffs hereby acknowledge and notify the Court that the judgment against Defendants has been satisfied in full, and the Clerk of Court is hereby authorized to make an entry of the full and complete satisfaction of the Judgment on the docket.

BRYAN C. SCHWENK

_/s/ Bryan Schwenk_

Date: __5-15-24__

AHMED ELHENAWY

Date: _____

JIANMING LI

Date: _____

ERIK FERNANDEZ
Notary Public, State of New York
No. 01FE6410174
Qualified in Queens County
Commission Expires Oct. 19, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRYAN SCHWENK, AHMED ELHENAWY, and JIANMING LI,

          Plaintiffs,

-against-

ROXE INC, HAOHAN XU, MAODONG XU, and XIAOYU LI,

          Defendants.

---

Case No.: 23-cv-00715 (RA) (GWG)

**SATISFACTION OF JUDGMENT**

On _____, the Court entered judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs Bryan Schwenk, Ahmed Elhenawy, and Jianming Li and against Defendants in the total sum of $10,000. Plaintiffs hereby acknowledge and notify the Court that the judgment against Defendants has been satisfied in full, and the Clerk of Court is hereby authorized to make an entry of the full and complete satisfaction of the Judgment on the docket.

BRYAN C. SCHWENK

Date:_____

AHMED ELHENAWY  *[signed]*

Date: 05/20/2024

JIANMING LI

Date:_____

WAFA D HAMAD
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 02/24/2025

05/20/2024